UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

    :

UNITED STATES OF AMERICA,    :

    :

    :        22 Cr. 11 (LGS)

-against-    :

    :        SCHEDULING ORDER

YVONNE TIRADO-SALCEDO,    :

    Defendant,  :

----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Yvonne Tirado-Salcedo's sentencing hearing shall be held on **May 9, 2022**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **April 18, 2022**. The Government's pre-sentencing submission, if any, shall be filed by **April 21, 2022.**

Dated: January 19, 2022
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE