UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                      :

UNITED STATES OF AMERICA,              :

                                                                      :      22 Cr. 11 (LGS)

                       -v-                                         :

                                                                      :      **ORDER**

YVONNE TIRADO-SALCEDO,              :

                                       Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, with Yvonne Tirado-Salcedo's consent, her guilty plea allocution was taken before Magistrate Robert W. Lehburger on January 6, 2022;

       WHEREAS, a transcript of the allocution was made; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
       April 26, 2022

                                                       LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE