UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,    :
                                                       :     22 Cr. 11 (LGS)
                    -against-             :
                                                       :     <u>ORDER</u>
    YVONNE TIRADO-SALCEDO,           :
                              Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that sentencing currently scheduled for May 9, 2022, at 11:00 a.m., is adjourned to **July 11, 2022, at 11:00 a.m.**

Dated: May 6, 2022
       New York, New York

                                                                          **LORNA G. SCHOFIELD**
                                                          **UNITED STATES DISTRICT JUDGE**