UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

YVONNE TIRADO-SALCEDO,

          Defendant.

~~[Consent/Proposed]~~
**Order of Restitution**

22 Cr. 11 (LGS)

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Brandon D. Harper, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Counts Ones through Forty-Three of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

1. **Restitution Amount**

Yvonne Tirado-Salcedo, the Defendant, shall pay restitution in the total amount of $450,071, pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664, to the victims of the offense charged in Counts One through Forty-Three. The name, address, and specific amount owed to each victim are set forth in the Disbursement Instructions below and the Schedule of Victims attached as Schedule A. The Defendant shall pay restitution in the total amount of $195,071 and $255,000, pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664, to the Internal Revenue Service and the New York State Department of Taxation and Finance, respectively, as the victims of the offenses charged in Counts One through Forty-Three. Upon advice by the United States Attorney's Office of a change of address of any victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the Defendant; and any financial obligations of the Defendant; including obligations to dependents, the Defendant shall pay restitution in the manner and according to the schedule that follows: In the interest of justice, restitution shall be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2).  The Defendant shall commence monthly installment payments of an amount equal to fifteen percent of the Defendant's gross income, payable on the first of each month immediately upon entry of this judgment.

3. **Payment Instructions**

The Defendant shall make restitution payments by certified check, bank check, money order, wire transfer, credit card or cash. Checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or hand-delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The Defendant shall write his/her name and the docket number of this case on each check or money order. Credit card payments must be made in person at the Clerk's Office. Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed. For payments by wire, the Defendant shall contact the Clerk's Office for wiring instructions.

4. **Disbursement Instructions**

Pursuant to 18 U.S.C. § 3664(i), the Court sets the following priority for disbursement of restitution among the victims for the Clerk of Court:

    a. Restitution shall first be paid to the nonfederal government victim, New York State Department of Taxation and Finance, until it is paid in full by sending,

    within 30 days of receiving said payments from the Defendant, disbursements to:

      New York State Dept. of Taxation & Finance
      W A Harriman Campus
      Building 8, Room 45
      Albany, NY 12227
      Attn: Internal Affairs

  b. After the nonfederal victim has been paid in full, restitution shall finally be paid to the federal victim, Internal Revenue Service, until it is paid in full by sending, within 30 days of receiving said payments from the Defendant, disbursements to:

      IRS - RACS
      Attn: Mail Stop 6261, Restitution
      333 W. Pershing Ave.
      Kansas City, MO 64108

5. **Additional Provisions**

The Defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Unit) of (1) any change of the Defendant's name, residence, or mailing address or (2) any material change in the Defendant's financial resources that affects the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k). If the Defendant discloses, or the Government otherwise learns of, additional assets not known to the Government at the time of the execution of this order, the Government may seek a Court order modifying the payment schedule consistent with the discovery of new or additional assets.

6. **Restitution Liability**

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

7. **Sealing**

Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of the individual victims, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk of Court, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
District of New York

By: _____
Brandon D. Harper
One Saint Andrew's Plaza
New York, N.Y. 10007
Tel.: (212) 637-2676

YVONNE TIRADO-SALCEDO

By: _____
YVONNE TIRADO-SALCEDO

By: _____
Uriel Gribetz, Esq.
19 Court Street; Suite 201

Dated: July 21, 2022

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

05/03/2022
DATE

7/19/22
DATE

7/20/22
DATE

4

White Plains, NY 10601
(914)-949-0100
uljk@aol.com

SO ORDERED:

_____       _____
HONORABLE LORNA G. SCHOFIELD                DATE
UNITED STATES DISTRICT JUDGE